1998 ME 276

**STATE of Maine**

v.

**Heidi GRAY.**

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 17, 1998.

Decided Dec. 23, 1998.

R. Christopher Almy, District Attorney, C. Daniel Wood, Asst. Dist. Atty., Alice Clifford, Asst. Dist. Atty., Bangor, for State.

William N. Palmer, Gray & Palmer, Bangor, for defendant.

Before WATHEN, C.J., and RUDMAN, DANA, SAUFLEY, ALEXANDER, and CALKINS, JJ.

PER CURIAM.

Heidi Gray appeals from a judgment entered in the Superior Court (Penobscot County, *Mead, J.*) following her conviction by a jury of attempted operating under the in-

fluence.   Because the Court is evenly divided, we affirm the judgment.